UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO JAMICHAEL SEVERSON,

               Plaintiff,

    v.

AIRBNB,

               Defendant.

Case No. C25-1263-TL

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application, Dkt. 1, is deficient. He indicates he has no income, sources of money, or money on hand or in accounts, no monthly expenses, and writes "N/A" in the portion of the form asking for further information. Plaintiff must file a revised IFP application, within **twenty (20) days** of the date of this Order. He must provide complete and detailed financial information, and, if he has no means of support, he must explain how he is able to meet basic expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal of this matter.

Dated this 9th day of July, 2025.

                                                   Ravi Subramanian
                                                   Clerk of Court

                                        By: s/ Stefanie Prather
                                            Deputy Clerk

MINUTE ORDER - 1