UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALONZO JAMICHAEL SEVERSON,

     Plaintiff,

v.

AIRBNB,

     Defendant.

CASE NO. C25-1263-TL

REPORT AND RECOMMENDATION

  Plaintiff Alonzo Jamichael Severson filed an application to proceed *in forma pauperis* (IFP) in this civil matter. Dkt. 1. However, the application was deficient. He indicated he has no income, sources of money, or money on hand or in accounts, no monthly expenses, and wrote "N/A" in the portion of the form asking for further information.

  By Order dated July 9, 2025, the Court directed Plaintiff to file an amended IFP application within twenty days of the date of the Order. Dkt. 4. The Court specifically directed Plaintiff to provide complete and detailed financial information, and, if he has no means of

support, to explain how he is able to meet basic expenses, including food and shelter. The Order noted that failure to comply may result in denial of IFP and/or dismissal of this case.

To date, the Court has not received a response to its Order or a revised IFP application from Plaintiff. Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $405 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 21, 2025**.

Dated this 6th day of August, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2