UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALONZO JAMICHAEL SEVERSON,<br><br>Plaintiff,<br><br>v.<br><br>AIRBNB,<br><br>Defendant. | Case No. 2:25-cv-01263-TL<br><br>Order on Report and Recommendation |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's Motion to Proceed IFP, Dkt. No. 1, is DENIED. Plaintiff is directed to pay the full filing fee of $405.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

ORDER ON REPORT AND RECOMMENDATION - 1

(4)  The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 26th day of August, 2025.

_____
TANA LIN
United States District Judge

ORDER ON REPORT AND RECOMMENDATION - 2